## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BILLY THORNTON, JR.**
**ADC #89174**                                                                    **PLAINTIFF**

**V.**                              **5:09CV00110 BSM/JTR**

**GREG HARMON, Warden,**
**East Arkansas Regional Unit, ADC, et al.**                     **DEFENDANTS**

## ORDER

The court has received the recommended disposition from United States Magistrate

Judge J. Thomas Ray (Doc. No. 57) and plaintiff Billy Thornton, Jr.'s response (Doc. No.

59). After carefully reviewing the recommended disposition, Thornton's response, and

reviewing the record *de novo,* it is concluded that the recommended disposition should be,

and hereby is, approved and adopted in all respects in its entirety.

Defendants' Motion for  Summary Judgment (Doc. No. 48) is GRANTED, and

Thornton's claims are DISMISSED, WITH PREJUDICE.  Further, it is hereby certified,

pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in

good faith.

IT IS SO ORDERED this 11th day of June, 2010.


_____
UNITED STATES DISTRICT JUDGE