IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BILLY THORNTON, JR.**
**ADC #89174**                                                                                    **PLAINTIFF**

**V.**                                  **5:09CV00110 BSM/JTR**

**GREG HARMON, Warden,**
**East Arkansas Regional Unit, ADC, et al.**                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today this case is DISMISSED, WITH PREJUDICE, and judgment is entered in favor of Defendants on all claims. Further, pursuant to 28 U.S.C. § 1915(a)(3), it is hereby certified that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED this 11th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE